**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-54 WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. LILY WHEELER,

Defendant.

---

# INDICTMENT

---

The Grand Jury charges:

## COUNT 1

On or about August 4, 2017, in the State and District of Colorado, the defendant, LILY WHEELER, on an aircraft in the special aircraft jurisdiction of the United States, did knowingly interfere with the duties of D.D., a flight crew member or flight attendant of the aircraft, and lessen the ability of the member or attendant to perform those duties, by assaulting and intimidating the flight attendant or flight crew member.

All in violation of Title 49, United States Code, Section 46504.

## COUNT 2

On or about August 4, 2017, in the State and District of Colorado, the defendant, LILY WHEELER, on an aircraft in the special aircraft jurisdiction of the United States, did knowingly interfere with the duties of E.C., a flight crew member or flight attendant of

the aircraft, and lessen the ability of the member or attendant to perform those duties, by assaulting and intimidating the flight attendant or flight crew member.

All in violation of Title 49, United States Code, Section 46504.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney

By: *s/ Justin M. DeRosa*
Justin M. DeRosa
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: justin.derosa@usdoj.gov
Attorney for the United State