IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00054-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LILY WHEELER,

    Defendant.

## MOTION TO UN-RESTRICT CASE

The United States, by and through United States Attorney Jason R. Dunn, by and through the undersigned Assistant United States Attorney, hereby respectfully requests the Court un-restrict the Indictment and Arrest Warrant in this case.

The defendant has made her Rule 5 Appearance in the District of Massachusetts and is not being detained on this case. Accordingly, there is no longer a necessity for the documents to remain restricted from public access.

Respectfully submitted this 22nd day of March, 2019.

    JASON R. DUNN
    United States Attorney

    By:  *s/ Justin M. DeRosa*
    Justin M. DeRosa
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: Justin.DeRosa@usdoj.gov
    Attorney for the United States

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of March, 2019, I electronically filed the foregoing **Motion to Un-Restrict Case** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                           *s/Michelle Trujillo*
                           MICHELLE TRUJILLO
                           Legal Assistant
                           U.S. Attorney's Office
                           1801 California Street, Suite 1600
                           Denver, CO 80202
                           Telephone: (303) 454-0100
                           FAX: (303) 454-0405
                           E-mail: Michelle.Trujillo@usdoj.gov